No. 73–434. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL.;

No. 73–435. ALLEN PARK PUBLIC SCHOOLS ET AL. *v.* BRADLEY ET AL.; and

No. 73–436. GROSSE POINTE PUBLIC SCHOOL SYSTEM *v.* BRADLEY ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1038.] Motion of Metropolitan School Districts of Lawrence Township et al., Marion County, Indiana, for leave to file a brief as *amici curiae* granted.

No. 73–547. GUERRA *v.* TEXAS. Ct. Crim. App. Tex.;

No. 73–697. GETTELMAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir.;

No. 73–732. SUTTER *v.* UNITED STATES. C. A. 9th Cir.; and

No. 73–891. PURIN, AKA MOREIRA *v.* UNITED STATES. C. A. 2d Cir. Motions to dispense with printing petitions denied with leave to file printed petitions in each of these cases in conformity with Rule 39 of the Rules of this Court on or before February 11, 1974.

No. 73–662. SCHLESINGER, SECRETARY OF DEFENSE, ET AL. *v.* COUNCILMAN. C. A. 10th Cir. [Certiorari granted, *ante,* p. 1111.] Motion for leave to proceed on original record granted.

No. 73–5409. CARTER *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied.